# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH ANTONETTI, | ) | 3:16-cv-00396-MMD-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| E.K. MCDANIELS, *et al.*, | ) | |
| Defendants. | ) | |

It has come to the court's attention that Plaintiff is apparently no longer incarcerated in New Mexico and is not in the Nevada Department of Corrections database. LR IA 3-1 requires a plaintiff to "immediately file with the court written notification of any change of address."

Plaintiff is advised that the failure to comply with LR IA 3-1 may result in a dismissal of the action with prejudice. In that regard, if Plaintiff does not provide the required notification of any change of address by **Monday, October 8, 2018**, a Report and Recommendation will be submitted to the District Judge recommending the action be dismissed with prejudice

This order shall be served upon Plaintiff in care of the High Desert State Prison, P.O. Box 650, Indian Springs, Nevada 89070. This order and ECF Nos. 19, 21, and 23 shall also be sent to Plaintiff at the Lee County Correctional Facility, 6900 West Millen, Hobbs, New Mexico 88244.

**IT IS SO ORDERED.**

DATED: September 7, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE