# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANTONETTI, | 3:16-cv-00396-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | October 31, 2018 |
| E.K. MCDANIELS, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Continue November 20, 2018 Early Mediation Conference (ECF No. 30). Defendants state that "the state tort fund manager will be out of the office on November 20, 2018 and has designated Randall Gilmer as the person with settlement authority on her behalf. Randall Gilmer is unable to attend the November 20, 2018 early mediation conference in person due to another conflict." (*Id.*)

Defendants' Motion to Continue November 20, 2018 Early Mediation Conference (ECF No. 30) is **GRANTED**. The Courtroom Administrator shall reschedule the Early Mediation Conference as soon as the court's calendar will accommodate it.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
  Deputy Clerk