UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH ANTONETTI, | ) | 3:16-cv-00396-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 3, 2019 |
| E.K. MCDANEILS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant Renee Baker's Motion for Enlargement of Time to Respond to Plaintiff's Requests for Production of Documents (ECF No. 63).

Good cause appearing, Defendant Renee Baker's Motion for Enlargement of Time to Respond to Plaintiff's Requests for Production of Documents (ECF No. 63) is **GRANTED**. Defendant Baker shall have to and including **June 8, 2019**, to serve his responses to Plaintiff's requests for production of documents.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/      </u>
Deputy Clerk