# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANTONETTI, | 3:16-cv-00396-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 5, 2019 |
| E.K. MCDANEILS, *et al.*, | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant Renee Baker's Motion for Enlargement of Time to Answer Plaintiff's Interrogatories (ECF No. 65).

Good cause appearing, Defendant Renee Baker's Motion for Enlargement of Time to Answer Plaintiff's Interrogatories (ECF No. 65) is **GRANTED**. Defendant Baker shall have to and including **Monday, July 1, 2019**, to serve answer Plaintiff's interrogatories.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>     /s/     </u>
     Deputy Clerk