# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH ANTONETTI, | ) | 3:16-cv-00396-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 19, 2019 |
| E.K. MCDANIELS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to File a Dispositive Motion (ECF No. 85). Defendants request an extension of time to and including October 18, 2019, in which to file a motion for summary judgment. (*Id.*)

Defendants' Motion for Enlargement of Time to File a Dispositive Motion (ECF No. 85) is **GRANTED**.  The last day to file dispositive motions is extended to and including **Friday, October 18, 2019.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____

Deputy Clerk