# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH ANTONETTI, | ) | 3:16-cv-00396-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 21, 2019 |
| E.K. MCDANIELS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Extend the Deadline to File Motions for Summary Judgment (ECF No. 87). Defendants request an extension of time to and including Monday, December 2, 2019, in which to file their motion for summary judgment.

Defendants' Motion to Extend the Deadline to File Motions for Summary Judgment (ECF No. 87) is **GRANTED**. The last day to file dispositive motions for all parties is extended to and including **Monday, December 2, 2019.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____

Deputy Clerk