UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>　　　　　　　Plaintiff,<br>　v.<br>E.K. MCDANIELS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-00396-MMD-WGC<br><br>ORDER |

*Pro se* Plaintiff Joseph Antonetti brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge William G. Cobb (ECF No. 132), recommending Defendants' motion for summary judgment (ECF Nos. 122) be granted. Plaintiff had until February 8, 2021 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will grant the Defendants' motion for summary judgment.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Cobb did not clearly err. Here, Judge Cobb recommends Defendants' motion for summary judgment as to Plaintiff's remaining counts—Counts I to VIII, X, XI, and XII—be granted. (ECF No. 132.) The Court agrees with Judge Cobb. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 132) is accepted and adopted in full.

It is further ordered that Defendants' motion for summary judgment (ECF No. 122) is granted.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 17th Day of February 2021.

MIRANDA M. DU  
CHIEF UNITED STATES DISTRICT JUDGE