1

2

3                    UNITED STATES DISTRICT COURT

4                          DISTRICT OF NEVADA

5                                * * *

6    JOSEPH ANTONETTI,                          Case No. 3:16-cv-00396-MMD-WGC

7                          Plaintiff,                          ORDER

8         v.

     E.K. MCDANIELS, *et al*.,
9
                           Defendants.
10

11          This is a closed case filed by an incarcerated litigant alleging violations of his

12   constitutional rights while he was housed at Ely State Prison in Nevada. (ECF No. 132 at

13   1-2.) *Pro se* Plaintiff Joseph Antonetti filed a motion for reconsideration (ECF No. 138

14   ("First Motion")) of the Court's denial of his motion for extension of time (ECF No. 137)

15   and a motion for reconsideration (ECF No. 139 ("Second Motion")) of the Court's order

16   (ECF No. 133 ("Order")) adopting Magistrate Judge William G. Cobb's Report and

17   Recommendation (ECF No. 132 ("R&R")). Defendants filed responses to the First and

18   Second Motions. (ECF Nos. 140, 141.) Antonetti filed a reply to Defendants' responses.

19   (ECF No. 142 ("Reply").) Because Antonetti does not meet the reconsideration standard,

20   and as further explained below, the Court will deny both the First and Second Motions.

21          Motions to reconsider are generally left to the Court's discretion and must set forth

22   "some valid reason why the court should reconsider its prior decision" and "facts or law

23   of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure*

24   *v. United States*, 256 F. Supp. 2d 1180, 1183 (D. Nev. 2003) (citation omitted).

25   Reconsideration is appropriate if this Court "(1) is presented with newly discovered

26   evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if

27   there is an intervening change in controlling law." *Sch. Dist. No. 1J v. ACandS, Inc.*, 5

28   F.3d 1255, 1263 (9th Cir. 1993) (citation omitted). But "[a] motion for reconsideration is

1   not an avenue to re-litigate the same issues and arguments upon which the court already

2   has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F. Supp. 2d 1280, 1288 (D. Nev. 2005)

3   (citation omitted).

4           In his First and Second Motions, Antonetti argues that he filed his objection to the

5   R&R late (ECF No. 135 ("Objection")) because the prison denied him legal materials,

6   delayed incoming and outgoing mail, and the Court mailed his documents to the wrong

7   address. (ECF Nos. 138 at 1-2, 139 at 1-2.) He therefore contends that the Court should

8   reconsider its prior Order and review his late Objection. (*Id.*) But Antonetti fails to meet

9   the standard that could permit the Court to grant a motion for reconsideration. In his First

10  and Second Motions, Antonetti does not provide the Court with any newly discovered

11  evidence, explain how the Court committed clear error in addressing his legal claims or

12  how the previous Order was manifestly unjust, or present changes in controlling law. *See*

13  *Sch. Dist. No. 1J*, 5 F.3d at 1263. That said, Antonetti raises some substantive arguments

14  in his Reply as to why the Court erred in its Order. (ECF No. 142 at 5-10.) However, the

15  Court cannot consider Antonetti's new arguments because he did not raise them in his

16  First and Second Motions. *See Oracle USA, Inc. v. Rimini St., Inc.*, Case No. 2:10-cv-

17  0106-LRH-VCF, 2016 WL 6208254, at *2 (D. Nev. Oct. 24, 2016) ("[T]o the extent that a

18  party raises a new argument or proffers new evidence and information in a reply brief,

19  that argument or evidence is improper because the opposing party is deprived of an

20  opportunity to respond."); *see also Tovar v. U.S. Postal Serv.,* 3 F.3d 1271, 1273 n.3 (9th

21  Cir. 1993) (striking information raised for the first time in a reply brief); *Lindner v. Ford*

22  *Motor Co.*, Case No. 2:10-cv-00051-LDG(VCF), 2012 WL 3598269, at *2 (D. Nev. Aug.

23  17, 2012) (granting a motion to strike new arguments in a reply that did not arise out of

24  the initial reconsideration motion). The Court will accordingly deny the First and Second

25  Motions.

26          However, in his First Motion, Antonetti requested that the Court mail him copies of

27  his Objection (ECF No. 135) and its exhibits. (ECF No. 138 at 1.) As a one-time courtesy,

28  the Court will grant Antonetti's request.

2

1    It is therefore ordered that Antonetti's motions for reconsideration (ECF Nos. 138,

2  139) are denied.

3    The Clerk of Court is directed to update Antonetti's address in the docket to 84533,

4  P.O. Box 1059 PNM.N., Santa Fe, NM 87504 and send Antonetti a copy of his objection

5  to Judge Cobb's Report and Recommendation (ECF No. 135), as well as any attached

6  exhibits.

7    This case remains closed.

8    DATED THIS 23rd Day of September 2021.

9

10   _____
     MIRANDA M. DU
11   CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28